**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Oregon

Case number (*If known*): _18 - 3 2 6 0 8 - TMB7_

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Dana<br>First name | Kimberly<br>First name |
| | | Leonard<br>Middle name | Cae<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | Popick<br>Last name | Popick<br>Last name |
| | | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |

| 2. | **All other names you have used in the last 8 years** | First name | First name |
|---|---|---|---|
| | Include your married or maiden names. | Middle name | Middle name |
| | | Last name | Last name |
| | | First name | First name |
| | | Middle name | Middle name |
| | | Last name | Last name |

| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _5_ _9_ _1_ _4_ <br> OR <br> **9** xx – xx – ___ ___ ___ ___ | xxx – xx – _0_ _4_ _5_ _5_ <br> OR <br> **9** xx – xx – ___ ___ ___ ___ |
|---|---|---|---|

Case 18-32608-tmb7    Doc 4    Filed 07/26/18

# ATTACHMENT TO VOLUNTARY PETITION

LLC Names:                                          EIN#s:

| LLC Names: | EIN#s: |
|---|---|
| EVD LLC | 36-4563872 |
| GOLDEN CREST PROPERTIES LLC | 00-8795098 |
| LAFAYETTE 7 LLC | 81-4258036 |
| MSL LLC | 46-5183356 |
| NEW ERA MANAGEMENT LLC | |
| PINERIDGE CT LLC | 81-1859960 |
| STERLING ACCOLADE LLC | 82-1056748 |
| STERLING BIRCHWOOD LLC | 81-4063624 |
| STERLING GREENSPPIRE LLC | 81-4052144 |
| STERLING INSPIRATION LLC | 81-4031433 |
| STERLING RIVER VIEW LLC | 81-4040186 |
| STERLING VIEW LLC | 47-4821870 |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

(see attached)
Business name

_____
Business name

EIN ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ – ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

(see attached)
Business name

_____
Business name

EIN ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ – ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

20733 SW Booker St
Number     Street

Beaverton                OR    97003
City                          State   ZIP Code

Washington
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                          State   ZIP Code

If Debtor 2 lives at a different address:

20733 SW Booker St
Number     Street

Beaverton                OR    97003
City                          State   ZIP Code

Washington
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                          State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Case 18-32608-tmb7   Doc 4   Filed 07/26/18

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).*

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)* and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| District | _____ | When | _____ MM / DD / YYYY | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ MM / DD / YYYY | Case number | _____ |
| District | _____ | When | _____ MM / DD / YYYY | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ MM / DD / YYYY | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ MM / DD / YYYY | Case number, if known | _____ |

**11. Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 18-32608-tmb7    Doc 4    Filed 07/26/18

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?   _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                         Number      Street

_____

_____
City                          State        ZIP Code

Case 18-32608-tmb7   Doc 4   Filed 07/26/18

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 18-32608-tmb7    Doc 4    Filed 07/26/18

---

**Part 6:  Answer These Questions for Reporting Purposes**

| | |
|---|---|
| 16. What kind of debts do you have? | **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>■ No. Go to line 16b.<br>☐ Yes. Go to line 17.<br><br>**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br><br>☐ No. Go to line 16c.<br>■ Yes. Go to line 17.<br><br>**16c. State the type of debts you owe that are not consumer debts or business debts.**<br><br>_____ |

| | |
|---|---|
| 17. Are you filing under Chapter 7?<br><br>Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | ☐ No.  I am not filing under Chapter 7. Go to line 18.<br>☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?<br><br>☑ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| 18. How many creditors do you estimate that you owe? | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 19. How much do you estimate your assets to be worth? | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 20. How much do you estimate your liabilities to be? | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

**Part 7:  Sign Below**

| | |
|---|---|
| For you | I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.<br><br>If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.<br><br>If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571. |

| | |
|---|---|
| ✗ *Dana L Popick* | ✗ *Kim C. Popick* |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on 07/26/2018<br>MM / DD / YYYY | Executed on 07/26/2018<br>MM / DD / YYYY |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____    Date _____
Signature of Attorney for Debtor                         MM   /   DD  / YYYY


_____
Printed name

_____
Firm name

_____
Number     Street

_____

_____
City                                    State    ZIP Code

Contact phone _____    Email address _____

_____
Bar number                              State

Case 18-32608-tmb7    Doc 4    Filed 07/26/18

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes. Name of Person ___Jeanie Phillips_____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| ✗ *Dana L. Popick* | ✗ *Kim C. Popick* |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 07/26/2018 | Date 07/26/2018 |
|    MM/ DD /YYYY |    MM/ DD /YYYY |
| Contact phone _____ | Contact phone (503) 332-0861 |
| Cell phone (503) 332-0861 | Cell phone _____ |
| Email address emeraldvalley@comcast.net | Email address 503-332-0861 |

Case 18-32608-tmb7    Doc 4    Filed 07/26/18

ABC Supply Co - MBA 742
PO Box 748242
Los Angeles, CA  90074

A&S Concrete Construction
c/o Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Ste 600
Portland, OR  97201

Accounts Receivable Inc
4001 Main St, Ste 50
Vancouver, WA  98663

ACS Testing Inc
7409 SW Tech Center Drive, Ste 145
Tigard, OR  97223

Agile Premium Finance
PO Box 549
Newark, NJ  07101

Alaska Cascade Financial Services
2005 SW 356th St
PO Box 4162
Federal Way, WA  98063

Allied Interstate
PO Box 361445
Columbus, OH  43236

Alltran Financial, LP
PO Box 4045
Concord, CA  94524

Alpha Customs Inc
PO Box 49
Washougal, WA  98671

Aluminum Screen & Window Co
2590 Silverton Rd NE
Salem, OR  97301

Ambition Holdings LLC
c/o Pamela E Yee
18525 SW Vincent St
Aloha, OR  97078

Ambrose Law Group
Attn: Christopher R Ambrose
312 NW 10th Ave, Ste 200
Portland, OR 97209

American Builders & Contractors Supply
c/o Greg A Pfister, Attorney
520 SW Sixth Ave, Ste 1200
Portland, OR 97204

American Express
PO Box 297879
Ft. Lauderdale, FL 33329

American Sani-Can
PO Box 20265
Portland, OR 97294

Andy Paris & Associates Inc
16057 Boones Ferry Rd
Lake Oswego, OR 97035

ARS National Services Inc
Dept 110840
PO Box 1259
Oaks, PA 19456

Atlas Financial
PO Box 1180
Vancouver, WA 98666

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886

Bonneville Collections
PO Box 150621
Ogden, UT 84415

Builder Services Group
c/o David DeBlasio
Attorney at Law
PO Box 12669
Portland, OR 97212

Bureau of Environmental Services

Portland Water Bureau
PO Box 4216
Portland, OR  97208

Canby Drywall Inc
PO Box 129
Canby, OR  97013

Capital One Bank
c/o Jonathan D Anderson, Attorney
901 N Brutscher St, D PMB 401
Newberg, OR  97132

Capital One Bank
PO Box 60599
City of Industry, CA  91716

Capital One Bank
PO Box 60507
City of Industry, CA  91716

Capital Premium Financing Inc
12235 S 800 E
Draper, UT  84020

Carl Ekeberg
33509A NE 24th Ave
La Center, WA  98629

Cascade Flooring America LLC
11915 NE Highway 99
Vancouver, WA  98686

Cash Flow Management Inc
PO Box 42407 / 5530 SE Center St
Portland, OR  97242

Centerline Concepts Land Surveying Inc
19376 Molalla Ave, Ste 120
Oregon City, OR  97045

Central Credit Services LLC
9550 Regency Square Blvd, Ste 500
Jacksonville, FL  32225

Chase
PO Box 15123

Wilmington, DE  19850

Citi Cards
PO Box 6077
Sioux Falls, SD  57117

City of Camas
616 NE Fourth Ave
Camas, WA  98607

City of McMinnville Ambulance Service
175 East First St
McMinnville, OR  97128

Clark County Treasurer
1300 Franklin St, 2nd floor
Vancouver, WA  98660

Clark Public Utilities
PO Box 8989
Vancouver, WA  98668

Client Services
3451 Harry S Truman Blvd
St. Charles, MO  63301

CNA Surety
101 S Reid St, Ste 300
Sioux Falls, SD  57103

Columbia Collectors Inc
1104 Main St, Rm 311 / PO Box 848
Vancouver, WA  98666

Comcast
9602 S 300 W Ste A
Sandy, UT  84070

Contractors Employment Service
2700 SE Harrison St, Ste D
McMinnville, OR  97222

Convergent Outsourcing Inc
800 SW 39th St / PO Box 9004
Renton, WA  98057

Country Financial

PO Box 2020
Bloomington, IN 61702

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Control LLC
PO Box 546
Hazelwood, MO 63042

Credit International Corp
10413 Beardslee Blvd, Ste A
Bothell, WA 98011

CSO Financial Inc
1229 SE Stephens St / PO Box 1208
Roseburg, OR 97470

DAL
PO Box 162
Clifton Heights, PA 19018

Dirt Works Excavation
c/o Jason E Hirshon, Attorney
111 SW 5th Ave, Ste 1940
Portland, OR 97204

Delage Landen
c/o Sage Capital Recovery
1040 Kings Hwy N, Ste 500
Cherry Hill, NJ 08034

DeMoss and Gutterman LLC
PO Box 310
Carlton, OR 97111

Dept of Labor & Industries
PO Box 44171
Olympia, WA 98504

Discount Windows
1621 Juniper St
Junction City, OR 97448

DKW Construction
41 Petunia Dr

Lewisburg, MO  65685

Discovery Financial Services
9707 NE 54th St, Ste A
Vancouver, WA  98662

Donavon Lyness
1040 SE Columbia Ridge Dr
Vancouver, WA  98664

Dorothy Tester Sales Inc
17390 SW 63rd Ave
Lake Oswego, OR  97035

Douglas F Angell
Attorney at Law
5075 SW Griffith Dr, Ste 250

Dowers Enterprises Inc
38015 SE Fall Creek Rd
Estacada, OR  97023

DSU Inc
6003 NE 94th Ave
Vancouver, WA  98662

Eagle Electric LLC
c/o Scott D Schnuck, Attorney
1012 SW King Ave, Ste 103 / POB 8309
Portland, OR  97207

Far West Credit Services LLC
4900 SW Griffith Dr, Ste 275
Beaverton, OR  97005

FBCS Inc
330 S Warminster Rd, Ste 353
Hatboro, PA  19040

First Bankcard
PO Box 3331
Omaha, NE  68103

First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR  72103

First National Bank of Omaha
PO Box 3437
Omana, NE 68172

First National Collection Bureau Inc
610 Waltham Way
Sparks, NV 89434

Foremost Insurance
PO Box 2450
Grand Rapids, MI 49501

Frontier Communications
PO Box 740407
Cincinnati, OH 45274

Gale Contractor Services
PO Box 534451
Atlanta, GA 30353

Gary's Vacuflo Inc
9015 SE Flavel St
Portland, OR 97266

Gormley Plumbing & Mechanical
c/o Scott & Hookland, LLP
PO Box 23414
Tigard, OR 97281

Great American Insurance Co
c/o H. Lee Cook Law LLC
4207 SE Woodstock Blvd, Ste 423
Portland, OR 97206

H.D. Fowler Co
PO Box 84368
Seattle, WA 98124

Hawash, Atif
1730 SW 198th Ave
Aloha, OR 97003

Hawash, Tariq
3181 SE Brookwood Ave
Hillsboro, OR 97124

H.D. Fowler Co

PO Box 84368
Seattle, WA  98124

Hunt & Associates PC
121 SW Morrison St, Ste 1875
Portland, OR  97204

IBP
2738 North Hayden Island Dr
Portland, OR  97217

Impact Law Group PLLC
1325 Fourth Ave, Ste 1400
Seattle, WA  98101

Internal Revenue Service
Fresno, CA 93888

J. Rion Bourgeois
Attorney at Law
PO Box 1264
Canby, OR  97013

J2 Blueprint Supply
8100 NE St Johns Rd, Ste B101
Vancouver, WA  98665

Jeff Bedrick
335 North San Pedro Rd
San Rafael, CA  94903

Jeremy Karl
c/o Hunt & Associates, PC
121 SW Morrison St, Ste 1875
Portland, OR  97204

JH Capital
5757 Phantom Dr, Ste 225
Hazelwood, MO  63042

Johnson Mark LLC
PO Box 7811
Sandy, UT  84091

Jones Aggregates Inc
PMB 55 / 13023 NE Hwy 99 #7
Vancouver, WA  98686

Keller Supply Co
5580 SW 107th Ave
Beaverton, OR  97005

Les Schwab
19100 SW Shaw St
Aloha, OR  97007

Lexon Insurance Co
c/o William T Hansen, Attorney
601 Union St, Ste 4100
Seattle, WA  98101

LTD
3200 Wilcrest Ste 600
Houston, TX  77042

Marcri LLC
1500 NW Bethany Blvd, Ste 200
Beaverton, OR  97006

Mark Steven Corrinet
Attorney at Law
2210 NW Bayshore Loop
Waldport, OR  97394

Masons Supply Co
PO Box 42367
Portland, OR  97242

McMinnville Water and Light
855 NE Marsh Lane/PO Box 638
McMinnville, OR  97128

Mercantile
165 Lawrence Bell Dr, Ste 100
Williamsville, NY  14221

Midland Credit Management Inc
2365 Northside Dr
San Diego, CA  92108

Milwaukie Lumber Co
c/o Schwabe, Williamson & Wyatt
700 Washington St, Ste 701
Vancouver, WA  98660

Modern Building Systems
PO Box 110 / 9493 Porter Rd
Aumsville, OR  97325

Mutual Materials Co
PO Box 84743
Seattle, WA  98124

NACM
910 SW Spokane St, Bldg A
Seattle, WA  98134

NACM
1710 North Calispel St
Spokane, WA  97213

NCC
PO Box 1280
Oaks, PA  19456

New York Life/First Bankcard
PO Box 2557
Omaha, NE 68103

NRS
PO Box 926100
Norcross, GA  30010

Midland Credit Management Inc
2365 Northside Dr, Ste 300
San Diego, CA  92108

ONCC
PO Box 1280
Oaks, PA  19456

Oregon Dept of Revenue
955 Center St NE
Salem, OR  97301

Oregon Employment Dept
875 Union St NE, Rm 107
Salem, OR  97311

Pacific NW Engineering
4242 Silver Falls Dr N

Silverton, OR  97381

Pacific Office Automation
14747 NW Greenbrier Pkway
Beaverton, OR  97006

Penfed Credit Union
PO Box 1432
Alexandria, VA  22313

Pilot Receivables Management LLC
10625 Techwoods Circle
Cincinnati, OH  45242

Pinnacle Recovery Inc
PO Box 130848
Carlsbad, CA  92013

Precision Truss & Lumber Inc
11550 SE Jennifer St
Clackamas, OR  97015

ProBuild Co LLC
5519 20th St E
Tacoma, WA  98424

Professional Credit Service
PO Box 7548
Springfield, OR  97475

Providence Heath & Services
PO Box 3299
Portland, OR  97208

Ritz-Carlton/JP Morgan
PO Box 94014
Palatine, IL  60094

RoHill Co
PO Box 9369
Bend, OR  97708

The Bond Exchange Inc
11601 Pleasant Ridge Rd, Ste 200
Little Rock, AR  72212

Sampath Law Group PLLC

2404 E Mill Plain Blvd, Ste A
Vancouver, WA 98661

Schlotfeldt Law Firm PLLC
PO Box 570
Vancouver, WA 98666

Schmidt & Yee, PC
Attn: Pamela E Yee
18525 SW Vincent St
Aloha, OR 97078

Sherwin-Williams Co
1740 A East Powell Blvd
Gresham, OR 97030

Sires, Emily & Jeffrey
463 S Tailings Ave
Kuna, ID 83634

Sompo International
3333 New Hyde Park Rd, Ste 210
New Hyde Park, NY 11042

Southern Oregon Credit Services
PO Box 4070
Medford, OR 97501

SRA Associates LLC
401 Minnetonka Rd
Hi Nella, NJ 08083

Starpointe Owners Association
12042 SE Sunnyside Rd / PMB 525
Clackamas, OR 97015

Suburban Door Co Inc
12365 SW Herman Rd, Building #2
Tualatin, OR 97062

Summit at Columbia Vista HOA
7710 NE Vancouver Mall Drive
Vancouver, WA 98662

Tim & Katie Brieanne Bieber
c/o Greene & Green, PLLC
1104 Main St, Ste 400

Vancouver, WA  98660

TRG
PO Box 25180
Portland, OR  97298

Truss Components of Oregon Inc
825 North 4th Ave / PO Box 468
Cornelius, OR  97113

Twyla Karl
c/o Hunt & Associates, PC
121 SW Morrison St, Ste 1875
Portland, OR  97204

Umqua Bank
PO Box 2326
Spokane, WA  99210

Unifund
PO Box 505
Linden, MI  48451

United Collection Bureau Inc
5620 Southwyck Blvd, Ste 206
Toledo, OH  43614

US Assure
PO Box 935597
Atlanta, GA  31193

Valley Credit Service
626 Appleblossom Ave NE
Keizer, OR  97303

Van Ru Credit Corp
1350 E Touhy Ave, Ste 300E
Des Plaines, IL  60018

Veristone
6725 116th Ave NE, Suite 210
Kirkland, WA  98033

W&N Concrete Pumping
PO Box 450
Centralia, WA  98531

Warren J Heater
c/o F. James Mayhew, Attorney
211 E Mcloughlin Blvd, Ste 100
Vancouver, WA  98663

Washington State Dept of Labor & Industries
P.O. Box 44000
Olympia, WA  98501

Washington State Dept of Revenue
3315 S 23rd St Suite 300
Tacoma, WA 98405

Waste Connections #2010
12115 NE 99th St, Ste 1830
Vancouver, WA  98682

Williams Kastner Greene & Markley
Attn: Thomas A Ped, Attorney
1515 SW Fifth Ave, Ste 600
Portland, OR  97201

Willy Make It Portable Toilets
5731 NE 109th Ave
Portland, OR  97220

Wright Brothers Exteriors LLC
9815 SE Stark St
Portland, OR  97216

Yamhill County Assessment & Tax
535 NE 5th St, Rm 42
McMinnville, OR  97128