|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | US BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>2018 AUG 10 PM 12: 28<br>LODGED____REC'D__TH<br>PAID____DOCKETED__ |

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*
Dana Leonard Popick
Kimberly Cae Popick

20733 SW Booker St
Beaverton, OR 97003
(503) 332-0861

In Re:
*[Enter the debtor's name(s)]*
Dana Leonard Popick
Kimberly Cae Popick

Case No.: 18-32608-tmb7
*[Enter the case number]*

Chapter: 7
*[Enter the chapter; example: 13]*

Judge: _____
*[Enter the Judge's last name]*

# APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* Dana L & Kimberly C Popick, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* July 26, 2018.

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* 7 of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed.* According to the *Notice,* I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* August 9, 2018.

4. I ☐ have, ☒ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* Because of the number of creditors, it's taking more time than anticipated. Also, when I filed the documents on 07/26/2018, I misunderstood and thought the clerk said we had 2 weeks from the day we received the court's notice in the mail. We would very much appreciate another week to get all of the documents finalized.

I certify under penalty of perjury that the foregoing statements are true.

Date: 10 Aug '18

Signature of Debtor

Date: 10 Aug '18

Signature of Joint Debtor (if any)