**Below is an order of the Court.**

U.S. Bankruptcy Judge

PRSO (12/21/12) bdw

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re
**Dana Leonard Popick**
**Kimberly Cae Popick**
*Other names used by debtor:*
81–4040186, 81–1859960, 82–1056748, 47–4821870, 46–5183356,
(See docket for additional names used.)
*Other names used by joint debtor:*
82–1056748, 47–4821870, 81–4063624, 81–4040186, 81–4052144,
(See docket for additional names used.)
Debtor(s)

Case No. **18–32608–tmb7**

ORDER GRANTING MOTION

**IT IS ORDERED** that the following motion is hereby approved as filed:

Motion to Extend Time to File Missing Documents Filed by Debtor Dana Leonard Popick, Joint Debtor Kimberly Cae Popick (bd)

**Missing documents are due by Friday August 17, 2018.**

###